**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7115**

─────────────

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

    versus

LEVERNE WILSON,

                                       Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-99-653)

─────────────

Submitted:  September 20, 2001    Decided:  September 28, 2001

─────────────

Before LUTTIG, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Leverne Wilson, Appellant Pro Se.  Alfred William Walker Bethea,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leverne Wilson appeals the district court's order denying Wilson's motion to schedule restitution payments. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Wilson, No. CR-99-653 (D.S.C. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2